### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | MDL No. 2:18-mn-2873-RMG |

### SHORT FORM COMPLAINT AND JURY DEMAND

The Plaintiffs named herein through Exhibit A file this Short Form Complaint and Jury Demand against Defendants named below by and through their undersigned counsel and as permitted by Case Management Order ("CMO") No. 35. This Short Form Complaint is being utilized, permitted and filed in the interests of judicial economy and takes an abbreviated form. Whether and when there will be non-short form complaints and answer(s) will be the subject of further discussions among counsel and the Court. Plaintiffs' Leadership and Defendants' Leadership have stipulated and agreed that at this time and until further Order of the Court, they will not assert that any Short Form Complaint (1) fails to state a cognizable cause of action, (2) fails to state a claim upon which relief may be granted, (3) fails to plead allegations with sufficient particularity, or (4) any other defenses related to insufficiency of pleadings. Plaintiffs' Leadership and Defendants' Leadership have further stipulated and agreed that until further Order of the Court, they will not file motions pursuant to Rule 12(b)(6) against any filed Short Form Complaints asserting a failure to plead allegations with specificity, or failing to meet the requirements of Fed. R. Civ. P. 8. Motion practice on the individual personal injury Complaints subject to this Order shall be stayed and may proceed only upon leave of Court and with the protections afforded under CMO 35. Use of this Short Form Complaint will not be permitted after the expiration of the Filing Facilitation Window as set forth by this Court in CMO 35.

## Plaintiffs

1. Plaintiffs listed in attached Exhibit A allege exposure to Perfluoroalkyl and Polyfluoroalkyl Substances ("PFAS") due to Aqueous Film-Forming Foam ("AFFF"). As a result of exposure to AFFF, Plaintiffs (and/or Decedents) endured pain and suffering, emotional distress, mental anguish, economic injuries, and personal injuries as described below.

2. Plaintiffs allege the plaintiff-specific information listed in Exhibit A.

## Defendants

3. Plaintiffs bring suit against the following defendants (list all defendants being named):

| | |
|---|---|
| Defendant 1 | THE 3M COMPANY, f/k/a Minnesota Mining and Manufacturing Co. |
| Defendant 2 | AGC CHEMICALS AMERICAS INC. |
| Defendant 3 | AMEREX CORPORATION |
| Defendant 4 | ARKEMA INC. |
| Defendant 5 | ARCHROMA U.S. INC. |
| Defendant 6 | BASF CORPORATION, individually and as successor in interest to Ciba Inc. |
| Defendant 7 | BUCKEYE FIRE EQUIPMENT COMPANY |
| Defendant 8 | CARRIER FIRE & SECURITY AMERICAS, LLC, f/k/a Carrier Fire & Security Americas Corporation |
| Defendant 9 | CARRIER FIRE & SECURITY CORPORATION, LLC f/k/a Carrier Fire & Security Corporation |
| Defendant 10 | CHEMDESIGN PRODUCTS INC. |
| Defendant 11 | CHEMGUARD INC. |
| Defendant 12 | CHEMICALS INC. |
| Defendant 13 | CLARIANT CORPORATION, individually and as successor in interest to Sandoz Chemical Corporation |
| Defendant 14 | CORTEVA, INC., individually and as successor in interest to DuPont Chemical Solutions Enterprise |
| Defendant 15 | DEEPWATER CHEMICALS, INC. |
| Defendant 16 | DUPONT DE NEMOURS INC., individually and as successor in interest to DuPont Chemical Solutions Enterprise |
| Defendant 17 | DYNAX CORPORATION |
| Defendant 18 | E.I. DUPONT DE NEMOURS AND COMPANY, individually and as successor in interest to DuPont Chemical Solutions Enterprise |
| Defendant 19 | NATION FORD CHEMICAL COMPANY |
| Defendant 20 | NATIONAL FOAM, INC. |
| Defendant 21 | THE CHEMOURS COMPANY, individually and as successor in interest to DuPont Chemical Solutions Enterprise |

| Defendant 22 | THE CHEMOURS COMPANY FC, LLC, individually and as successor in interest to DuPont Chemical Solutions Enterprise |
|---|---|
| Defendant 23 | TYCO FIRE PRODUCTS, LP, individually and as successor in interest to the Ansul Company |

## Jurisdiction and Venue

4. Plaintiffs allege jurisdiction based on:

   ☒     Diversity

   ☒     Federal Question

   ☐     The "Mass Action" provisions of the Class Action Fairness Act ("CAFA"), which include the requirements under 28 U.S.C. § 1332(d)(11)

   ☐     Other: _____.

5. Plaintiffs designate the District Courts indicated on Exhibit A as the "Home Venue" defined as the proper venues of origin where the claim(s) could have overwise been brought pursuant to 28 U.S.C. § 1391.

## Plaintiffs' Allegations of Exposure

6. Plaintiffs allege exposure to PFAS, as described in Exhibit A, as a result of:

   - Direct exposure to AFFF (i.e. use or handling of AFFF); and/or
   - Exposure to drinking water contaminated with PFAS as a result of AFFF; and/or
   - Exposure to turnout gear ("TOG") containing PFAS.

The specific exposure alleged by each plaintiff is indicated in Exhibit A.

## Plaintiffs' Alleged Injuries

7. Plaintiffs allege one more of the following personal injuries as described in Exhibit A:

   Kidney Cancer
   Testicular Cancer
   Thyroid Disease
   Ulcerative Colitis
   Liver Cancer

>  Thyroid Cancer

8. Plaintiffs have not described or alleged secondary injuries, damages, or sequela of the injuries alleged above. Plaintiffs reserve the right to seek damages for all such secondary injuries, damages, or sequela attributable to the injuries alleged above.

## Causes of Action

9. The specific causes of action Plaintiff(s) can adopt(s) and incorporate(s) by reference as if set forth fully herein, are the following Causes of Action, of which each Plaintiff on Exhibit A adopts and alleges such Causes as indicated on Exhibit A:

>  Count I – Defective Design
>  Count II – Failure to Warn
>  Count III – Negligence
>  Count IV – Negligence Per Se
>  Count V – Trespass and Battery
>  Count VI – Strict Product Liability
>  Count VII – Market Share Liability, Alternative Liability, Concert of Action, and Enterprise Liability
>  Count VIII – Concealment, Misrepresentation, and Fraud
>  Count IX – Conspiracy
>  Count X – Wrongful Death
>  Count XI – Loss of Consortium

## Jury Demand

10. Plaintiffs demand a trial by jury as to all claims in this action.

Date: September 4, 2025

Respectfully Submitted,

  /s/ Britton D. Monts
**Britton D. Monts**
TX14303900
TRIAL LAWYERS UNITED LLC
2325 East Camelback Rd., Suite 400
Phoenix, AZ 85016
T: 602.560.5170
M: 214.924.0427
bmonts@triallawyersunited.com

**Exhibit A to Short Form Complaint in *In re: Aqueous Film-Forming Foams Products Liability Litigation*, MDL 2873**[1]

|   | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 1. | Johnston, Marlene | 11/14/55 | NC | USDC - SDNY | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 2. | Johnston, Eric | 4/15/58 | NC | USDC - SDNY | No | No | No | Not Applicable | I, II, III, IV, V, VI, VII, VIII, IX, XI |
| 3. | Jones, Ambrose | 7/12/81 | IL | USDC - SDNY | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 4. | Jones, Cathy | 9/16/56 | GA | USDC - SDNY | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 5. | Jones, Shirley | 5/31/53 | OH | USDC - SDNY | No | Yes | No | Kidney Cancer; Thyroid Disease; Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX |
| 6. | Jorge, Tony | 1/26/60 | CA | USDC - SDNY | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 7. | Joseph, John | 4/16/51 | NY | USDC - SDNY | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 8. | Judge, Patrick | 5/13/58 | KY | USDC - SDNY | Yes | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 9. | Judy, Tawny | 7/28/61 | CT | USDC - SDNY | No | Yes | No | Kidney Cancer; Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX |

---

[1] Plaintiffs must be listed alphabetically by last name first, then first name. For example: Doe, John.
[2] No more than 150 plaintiffs may be listed. A spousal plaintiff with a loss of consortium claim is considered and will count as a separate plaintiff for this purpose, and the spouse should be listed beneath the plaintiff whose alleged injury gives rise to the spouse's claim/s.

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 10. | Justice, Noni | 9/14/74 | GA | USDC - SDNY | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 11. | Kabele, Mark | 7/8/51 | IA | USDC - SDNY | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 12. | Kapteyn, John | 2/8/60 | CO | USDC - SDNY | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 13. | Kapuscik, Gerard | 12/6/52 | CA | USDC - SDNY | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 14. | Karim, Adams | 12/31/66 | TX | USDC - SDNY | No | Yes | No | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 15. | Baidouri, Hasna | 1/30/71 | TX | USDC - SDNY | No | No | No | Not Applicable | I, II, III, IV, V, VI, VII, VIII, IX, XI |
| 16. | Keeney, Christopher | 1/31/85 | PA | USDC - SDNY | Yes | Yes | Yes | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 17. | Keiber, Ronnie | 8/27/47 | SC | USDC - SDNY | No | Yes | No | Kidney Cancer; Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX |
| 18. | Keirns, Corey | 12/25/83 | MI | USDC - SDNY | No | Yes | No | Testicular Cancer; Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX |
| 19. | Kelly, Keshaunta | 11/28/81 | WI | USDC - SDNY | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 20. | Kemmerlin, Robert | 11/26/58 | VA | USDC - SDNY | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 21. | Kenswil, Caroline | 7/26/54 | MA | USDC - SDNY | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 22. | Kerner, Jay | 7/31/70 | NH | USDC - SDNY | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 23. | Kerns, Sandra | 11/2/49 | SC | USDC - SDNY | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 24. | Killeen, Sean | 3/27/88 | NV | USDC - SDNY | No | Yes | No | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 25. | King, David | 11/18/54 | TX | USDC - SDNY | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 26. | King, Dennis | 7/22/47 | TN | USDC - SDNY | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 27. | King, Robert | 6/24/67 | AZ | USDC - SDNY | Yes | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 28. | Luevanos, Martha | 5/31/74 | AZ | USDC - SDNY | No | No | No | Not Applicable | I, II, III, IV, V, VI, VII, VIII, IX, XI |
| 29. | Kinney, Dawn | 2/16/68 | OH | USDC - SDNY | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 30. | Kirkland, Holly | 8/12/74 | TN | USDC - SDNY | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 31. | Klieforth, Bruce | 11/22/52 | WI | USDC - SDNY | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 32. | Knott, Jr., Rudolph | 4/7/63 | DC | USDC - SDNY | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 33. | Koehn, James | 3/22/41 | MD | USDC - SDNY | No | Yes | No | Kidney Cancer; Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name")[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 34. | Kohr, Jr., Earnest | 10/14/50 | PA | USDC - SDNY | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 35. | Krackenberger, Joshua | 6/2/82 | IN | USDC - SDNY | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 36. | Kravitz, Murray | 9/13/48 | MA | USDC - SDNY | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 37. | Krivich, Mark | 7/19/69 | MN | USDC - SDNY | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 38. | Krolick, Brooke | 1/17/76 | CA | USDC - SDNY | No | Yes | No | Kidney Cancer; Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX |
| 39. | Lacasse, William | 6/3/66 | RI | USDC - SDNY | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 40. | Lacefield, Petra | 1/9/64 | KY | USDC - SDNY | No | Yes | No | Kidney Cancer; Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX |
| 41. | Lachney, Ray | 2/1/50 | TX | USDC - SDNY | No | Yes | No | Kidney Cancer; Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX |
| 42. | Lamar, Sr., Nathan | 10/2/81 | FL | USDC - SDNY | No | Yes | No | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 43. | Lamm, Sally | 12/20/57 | PA | USDC - SDNY | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 44. | Lancaon, Judith | 8/14/60 | VA | USDC - SDNY | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 45. | Langford, Marlon | 12/2/70 | CO | USDC - SDNY | No | Yes | No | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 46. | Lanoza, Tracy | 5/7/65 | PA | USDC - SDNY | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 47. | Lara, Joseph | 12/11/56 | NJ | USDC - SDNY | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 48. | Larsen, John | 8/11/60 | WA | USDC - SDNY | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 49. | Lawrence, Joseph | 2/27/81 | IN | USDC - SDNY | Yes | Yes | Yes | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 50. | Lawrence, Sarah | 10/31/82 | IN | USDC - SDNY | No | No | No | Not Applicable | I, II, III, IV, V, VI, VII, VIII, IX, XI |
| 51. | Leaseburg, Jr., Joe | 3/7/41 | MI | USDC - SDNY | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 52. | Lebron-Galarza, Hiram | 7/30/72 | FL | USDC - SDNY | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 53. | Acevedo, Igdalia | 5/29/83 | FL | USDC - SDNY | No | No | No | Not Applicable | I, II, III, IV, V, VI, VII, VIII, IX, XI |
| 54. | Lee, Duran | 1/31/86 | WI | USDC - SDNY | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 55. | Levine, Jodi | 9/14/60 | IL | USDC - SDNY | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 56. | Levy, Daniel | 9/26/67 | IL | USDC - SDNY | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 57. | Linafelter, Bruce | 4/26/51 | CO | USDC - SDNY | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 58. | Lindes, Stacey | 10/12/77 | NJ | USDC - SDNY | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 59. | Lindley, Dennis | 1/29/48 | TX | USDC - SDNY | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 60. | Lindsay, Rita | 6/12/38 | CA | USDC - SDNY | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 61. | Little, Louis | 3/8/57 | AZ | USDC - SDNY | No | Yes | No | Kidney Cancer; Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX |
| 62. | Logsdon, James | 8/7/56 | MD | USDC - SDNY | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 63. | Looney, Patrick | 8/4/54 | NY | USDC - SDNY | No | Yes | No | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 64. | Lopez, Alfredo | 8/2/79 | NJ | USDC - SDNY | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 65. | Louden, Todd | 8/13/58 | MN | USDC - SDNY | No | Yes | No | Kidney Cancer; Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX |
| 66. | Louden, Susan | 8/30/57 | MN | USDC - SDNY | No | No | No | Not Applicable | I, II, III, IV, V, VI, VII, VIII, IX, XI |
| 67. | Lucchesi, Louis | 6/24/57 | WI | USDC - SDNY | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 68. | Luzier, Jeffry | 4/26/58 | WV | USDC - SDNY | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 69. | Lyons, Charles | 4/3/49 | TX | USDC - SDNY | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name")*[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 70. | Lytle, Joshuah | 6/9/79 | MI | USDC - SDNY | No | Yes | No | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 71. | Madison, Shelly | 12/10/71 | KY | USDC - SDNY | No | Yes | No | Kidney Cancer; Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX |
| 72. | Malone, Gerald | 11/28/40 | NV | USDC - SDNY | No | Yes | No | Kidney Cancer; Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX |
| 73. | Mancewicz, Carol | 6/29/57 | MI | USDC - SDNY | No | Yes | No | Kidney Cancer; Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX |
| 74. | Mango, Maria | 12/13/69 | NY | USDC - SDNY | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 75. | Manuel, Kevin | 11/14/62 | FL | USDC - SDNY | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 76. | Marceau, Richard | 2/13/53 | FL | USDC - SDNY | Yes | Yes | No | Kidney Cancer; Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX |
| 77. | Markham, Kimberley | 5/7/70 | TX | USDC - SDNY | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 78. | Martin, Edna | 3/24/63 | GA | USDC - SDNY | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 79. | Martin, Elizabeth | 3/23/67 | VA | USDC - SDNY | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 80. | Martin, Nicholas | 2/24/66 | NM | USDC - SDNY | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 81. | Martin, Jr., William | 12/13/51 | NJ | USDC - SDNY | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 82. | Martin, Elizabeth | 1/13/52 | NJ | USDC - SDNY | No | No | No | Not Applicable | I, II, III, IV, V, VI, VII, VIII, IX, XI |
| 83. | Mathews, William | 3/24/47 | TX | USDC - SDNY | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 84. | Matous, Glenda | 8/22/53 | TX | USDC - SDNY | No | Yes | No | Kidney Cancer; Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX |
| 85. | Matthews, Joseph | 7/4/66 | OH | USDC - SDNY | Yes | Yes | Yes | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 86. | Matulis, Jeffrey | 11/6/76 | OK | USDC - SDNY | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 87. | Mauk, Gregory | 12/13/67 | PA | USDC - SDNY | Yes | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 88. | McBride, Nancy | 11/4/58 | AL | USDC - SDNY | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 89. | McBride, Howard | 10/4/57 | AL | USDC - SDNY | No | No | No | Not Applicable | I, II, III, IV, V, VI, VII, VIII, IX, XI |
| 90. | McClain, Nickie | 1/11/75 | IN | USDC - SDNY | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 91. | McDonald, Matthew | 2/12/82 | TN | USDC - SDNY | No | Yes | No | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 92. | McDuffie, Donald | 10/11/64 | AL | USDC - SDNY | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 93. | McGarrity, Michael | 10/6/79 | PA | USDC - SDNY | No | Yes | No | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX |

|   | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 94. | Mclean, Jason | 10/20/74 | MD | USDC - SDNY | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 95. | McNeill, Gloria | 6/29/53 | CO | USDC - SDNY | No | Yes | No | Kidney Cancer; Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX |
| 96. | Meeks, Charles | 8/27/64 | GA | USDC - SDNY | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 97. | Mehmen, Chad | 12/19/78 | IA | USDC - SDNY | No | Yes | No | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 98. | Meleniak, Edward | 2/11/47 | NJ | USDC - SDNY | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 99. | Menier, Joseph | 11/9/68 | LA | USDC - SDNY | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 100. | Meninger, Jason | 11/4/71 | FL | USDC - SDNY | No | Yes | No | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 101. | Mercer, Daniel | 4/7/66 | TX | USDC - SDNY | No | Yes | No | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 102. | Mercer, Teresa | 1/4/66 | TX | USDC - SDNY | No | No | No | Not Applicable | I, II, III, IV, V, VI, VII, VIII, IX, XI |
| 103. | Michael, David | 7/3/60 | OH | USDC - SDNY | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 104. | Miciotta, Michael | 6/3/49 | FL | USDC - SDNY | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 105. | Miller, Caralyn | 2/26/63 | MN | USDC - SDNY | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 106. | Miller, Denver | 3/11/68 | IL | USDC - SDNY | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 107. | Miller, Evan | 3/29/87 | MT | USDC - SDNY | No | Yes | No | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 108. | Miller, James | 12/30/43 | FL | USDC - SDNY | No | Yes | No | Kidney Cancer; Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX |
| 109. | Miller, Kevin | 7/7/58 | WV | USDC - SDNY | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 110. | Miller, Robert | 11/3/62 | TX | USDC - SDNY | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 111. | Miller, Vicky | 8/17/63 | TX | USDC - SDNY | No | No | No | Not Applicable | I, II, III, IV, V, VI, VII, VIII, IX, XI |
| 112. | Mills, Christopher | 12/28/74 | KY | USDC - SDNY | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 113. | Mir, Sami | 8/22/87 | NY | USDC - SDNY | No | Yes | No | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 114. | Mobley, Jr., William | 12/21/51 | SC | USDC - SDNY | No | Yes | Yes | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 115. | Mock, David | 2/12/58 | TX | USDC - SDNY | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 116. | Moffeit, Jerry | 6/15/46 | TX | USDC - SDNY | Yes | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 117. | Moffett, Natalie | 3/21/72 | LA | USDC - SDNY | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 118. | Monserrat, Michael | 12/8/78 | PA | USDC - SDNY | Yes | Yes | Yes | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 119. | Montgomery, Daniel | 4/25/54 | WA | USDC - SDNY | Yes | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 120. | Montondo, Patricia | 6/21/50 | AZ | USDC - SDNY | No | Yes | No | Kidney Cancer; Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX |
| 121. | Montondo, Richard | 11/11/49 | AZ | USDC - SDNY | No | No | No | Not Applicable | I, II, III, IV, V, VI, VII, VIII, IX, XI |
| 122. | Moore, Stephen | 4/19/55 | OH | USDC - SDNY | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 123. | Moreno, Diana | 12/20/48 | NV | USDC - SDNY | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 124. | Morgensen, David | 6/12/94 | CA | USDC - SDNY | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 125. | Mossman, Martin | 5/13/57 | DE | USDC - SDNY | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 126. | Mullin, John | 7/31/53 | PA | USDC - SDNY | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 127. | Murphey, Geraldine | 2/10/43 | CA | USDC - SDNY | No | Yes | No | Kidney Cancer; Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX |
| 128. | Murphy, Kimberly | 1/16/69 | CT | USDC - SDNY | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 129. | Murrell, Edward | 11/8/47 | NC | USDC - SDNY | Yes | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 130. | Musall, Dennis | 7/24/57 | IN | USDC - SDNY | No | Yes | No | Kidney Cancer; Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX |
| 131. | Nazarizadeh, Armin | 9/5/65 | TX | USDC - SDNY | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 132. | Nelson, Anthony | 6/18/71 | CA | USDC - SDNY | No | Yes | No | Kidney Cancer; Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX |
| 133. | Newman, Nathan | 9/15/87 | IN | USDC - SDNY | No | Yes | No | Kidney Cancer; Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 134. | Norman, Noel | 2/6/58 | TX | USDC - SDNY | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 135. | North, Raymi | 2/4/69 | CA | USDC - SDNY | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 136. | Nowak, Clifford | 12/14/64 | TX | USDC - SDNY | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 137. | Nunn, Demetrius | 8/16/72 | MO | USDC - SDNY | No | Yes | No | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 138. | Nyga, Kenneth | 7/26/69 | WV | USDC - SDNY | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 139. | O'Malley, Michael | 6/26/84 | NY | USDC - SDNY | No | Yes | No | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 140. | O'Neill, Chad | 12/25/75 | MA | USDC - SDNY | No | Yes | No | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 141. | Odette, John | 5/20/78 | TX | USDC - SDNY | No | Yes | No | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 142. | Olamigoke, Florence | 7/9/55 | GA | USDC - SDNY | No | Yes | No | Kidney Cancer; Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX |
| 143. | Oleniczak, David | 1/12/71 | TX | USDC - SDNY | No | Yes | No | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 144. | Olgin, Jr., Manuel | 7/3/48 | CA | USDC - SDNY | Yes | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 145. | Olivo, Anthony | 1/13/58 | NE | USDC - SDNY | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 146. | Olivo, Deborah | 4/19/58 | NE | USDC - SDNY | No | No | No | Not Applicable | I, II, III, IV, V, VI, VII, VIII, IX, XI |
| 147. | Olson, Merideth | 2/10/74 | OK | USDC - SDNY | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 148. | Ontiveros, Jonathan | 12/14/71 | CA | USDC - SDNY | Yes | Yes | Yes | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 149. | Ortal, Helen | 11/24/46 | OR | USDC - SDNY | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX |
| 150. | Oskin, Gary | 6/29/58 | PA | USDC - SDNY | No | Yes | No | Kidney Cancer; Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX |